UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORRIS L. JACKSON-EL,

    Plaintiff,

v.                                            Case Number: 11-cv-10836
                                                Honorable Patrick J. Duggan

FIRST NAME UNKNOWN
SPIKER,

    Defendant.
_____/

## JUDGMENT

On March 1, 2011, Plaintiff Corris L. Jackson-El filed a *pro se* civil rights action for monetary relief under 42 U.S.C. § 1983 against Defendant (first name unknown) Spiker.  In an Opinion and Order issued on this date, the Court summarily dismissed Plaintiff's Complaint pursuant to 28 U.S.C. §§ 1915 and 1915A.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Dated: May 4, 2011                      s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copy to:
Corris L. Jackson-El, #70112
1200 N. Telegraph Rd.
Pontiac, MI 48343